Case 2:07-cr-00135-MSD-FBS   Document 19   Filed 07/11/07   Page 1 of 3 PageID# 60



FILED
JUL 11 2007
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.   CRIMINAL NO. 2:07cr135

CAROL ANN BOWEN,

Defendant.

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to Count 1 and 2 of the Criminal Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

_/s/ Tommy E. Miller_
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

July 11, 2007

## Clerk's Mailing Certificate

A copy of the foregoing Report was electronically forwarded this date to each of the following:

James O. Broccoletti, Esquire
Zoby & Broccoletti
6663 Stoney Point South
Norfolk, Virginia 23502

Laura P. Tayman, Esquire
Assistant United States Attorney
8000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

Fernando Galindo, Clerk

By /s/ Lisa M Baxter
Deputy Clerk

July 12, 2007