

FILED

AUG 1 4 2007

CLERK, US DISTRICT COURT
NORFOLK, VA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

UNITED STATES OF AMERICA,　　　　　　　:

　　　　　　　　　　　　　　　　　　　:

v.　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:　　Action No. 2:07cr135

　　　　　　　　　　　　　　　　　　　:

CAROL ANN BOWEN,　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:

　　　　　Defendant.　　　　　　　　　:

_____　　:

### ACCEPTANCE OF PLEA OF GUILTY,
### ADJUDICATION OF GUILT and
### NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate

Judge, to which there has been no timely objection, the plea of guilty of the defendant

to Counts 1 and 2 of a two (2) count Criminal Information, is now CONDITIONALLY

ACCEPTED and the defendant will be ADJUDGED GUILTY of such offense at the

sentencing.

　　　Sentencing is hereby scheduled for November 2, 2007 at 11:00 a.m.

　　　The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant

and to the Assistant United States Attorney.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Walter D. Kelley, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge



Norfolk, Virginia
August 14, 2007